UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
                                        :

LORETTA A. CERBELLI, as ADMINISTRATRIX of the  :      99-CV-6846 (ARR)(RML)
Estate of KEVIN E. CERBELLI, deceased

                         Plaintiff,        :      ORDER

     -against-

THE CITY OF NEW YORK, THE NEW YORK CITY    :
POLICE DEPARTMENT, POLICE OFFICERS JAMES
WILLIAMS, PAUL VALDES, and ROBERT EHMER,  :
SGT. MICHAEL BARETTO, LT. WILLIAM McBRIDE
and other yet to be identified POLICE OFFICERS OF THE :
NEW YORK CITY POLICE DEPARTMENT, THE NEW :
YORK CITY HEALTH AND HOSPITALS
CORPORATION, ELMHURST HOSPITAL, MARY LOU :
PUERTOLLANO, M.D., MUKUNDAM
VEERBATHANI, M.D., SANTHI S. RATAKONDA,  :
M.D., ANTHONY BOUTIN, M.D., JOHN DOE, M.D.,
MOUNT SINAI SERVICES, and MOUNT SINAI    :
SCHOOL OF MEDICINE CITY UNIVERSITY OF NEW :
YORK, INC.,

                      Defendants.     :

-------------------------------------------------------------------- X

ROSS, United States District Judge:

     The court has received the Report and Recommendation on the instant case dated

December 17, 2008 from the Honorable Robert M. Levy, United States Magistrate Judge. No

objections have been filed. Accordingly, the court has reviewed the Report and

Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R.

Civ. P. 72(b); accord Edwards v. Town of Huntington, No. 05 Civ. 339 (NGG) (AKT), 2007

U.S. Dist. LEXIS 50074, at *6 (E.D.N.Y. July 11, 2007); McKoy v. Henderson, No. O5 Civ.

1

1535 (DAB), 2007 U.S. Dist. LEXIS 15673, at *1 (S.D.N.Y. March 5, 2007). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

For the reasons set forth in the Report and Recommendation, defendants New York City Health and Hospitals Corporation's, Hukundam Veerabathani's, Santhi Ratakonda's, Anthony Boutin's, Erik Gunderson's, and Mount Sinai School of Medicine's motions for summary judgment are granted in all respects.

The Clerk of the Court is directed to enter judgment accordingly.

SO ORDERED.

s/ ARR

Allyne R. Ross
United States District Judge

Dated: January 13, 2009
      Brooklyn, New York

SERVICE LIST:

        Diane M. Paolicelli
        Carmen S. Giordano
        Levy, Phillips & Konigsberg, LLP
        520 Madison Avenue
        New York, NY 10022

        E. Marc Hyman, Esq.
        Heidell, Pittoni, Murphy & Bach, LLP
        99 Park Avenue
        New York, NY 10016

cc:        Magistrate Judge Robert Morris Levy