

| | | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **AMY OKEREKE**<br>*Assistant Corporation Counsel*<br>(212) 788-9790<br>(212) 788-9776 (fax)<br>aokereke@law.nyc.gov |

September 4, 2009

**VIA E.C.F.**
Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza
New York, New York 11201

        Re:    Cerbelli v. Paul Valdes, et al.
                 99 CV 6846 (RML)

Your Honor:

        I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, and one of the attorneys assigned to the defense of the above referenced matter. In that capacity, I write to provide the Court with a status report as to the parties' ongoing settlement discussions. At present, defendants are still in the process of evaluating plaintiff's most recent settlement demand, and this office is awaiting a final settlement position from our clients. Defendants will be prepared to discuss their settlement position and response to plaintiff's settlement demand at the October 1, 2009 conference. The undersigned has conferred with plaintiff's counsel, Miranda Massie, Esq., who requests that the Court regard this letter, in combination with plaintiff's most recent settlement demand letter, as a joint status report.

        Thank you for your time and consideration in this matter.

        Respectfully submitted,

        /s/

        Amy N. Okereke
        Assistant Corporation Counsel
        Special Federal Litigation Division

cc:    all counsel of record via E.C.F.