

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**TONYA JENERETTE**
Senior Counsel
E-mail: tjeneret@law.nyc.gov
Phone: (212) 788-0993
Fax: (212) 788-9776

December 4, 2009

**BY ECF**

Hon. Robert M. Levy
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Cerbelli v. Paul Valdes, et al.*  99 CV 6846 (ARR)(RML)

Your Honor:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, and one of the attorneys assigned to the defense of the above referenced matter. I write to request that the telephone conference in this matter scheduled for December 9, 2009 at 12:30 p.m. be adjourned until Monday, December 21, 2009 at 4:30 p.m. Plaintiff's counsel, Miranda Massie, consents to this request.

Respectfully submitted,

/s/

Tonya Jenerette
Senior Corporation Counsel

cc:   Miranda Massie (by ECF)