UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

LORETTA CERBELLI, AS ADMINISTRATRIX OF
THE ESTATE OF KEVIN CERBELLI, DECEASED,

                             Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                             Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

99 CV 6846 (RML)

        **PLEASE TAKE NOTICE** that Senior Counsel Susan M. Halatyn should be added as counsel of record, on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, for defendants City of New York, Paul Valdes, Robert Ehmer, James Williams, Michael Barreto, and William McBride.

Dated:    New York, New York
            March 26, 2010

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel of the City of New York
                                          *Attorney for Defendants City of New York, Valdes, Ehmer, Williams, Barreto, and McBride.*
                                            100 Church Street, Room 3-177
                                          New York, New York 10007
                                          (212) 788-1194
                                          shalatyn@law.nyc.gov

                                          By:        /s/
                                                     Susan M. Halat yn
                                                     Senior Counsel

To:    All counsel of record  (via E.C.F.)